IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 9:15-CV-81562-Ryskamp

BRILLIANT MINDS STRATEGIES, INC.

        Plaintiffs,

vs.

SOUTHERN WASTE SYSTEMS, LLC,
ANTHONY LOMANGINO and ANTHONY
BADALA, Individually.

        Defendants.

_____/

**PLAINTIFF'S NOTICE OF DROPPING COUNT V OF THE SECOND AMENDED COMPLAINT AND REQUEST FOR REMAND TO STATE COURT**

Plaintiff BRILLIANT MIND STRATEGIES, INC. ("**Plaintiff**") files this *Notice of Dropping Count V of the Second Amended Complaint and Request for Remand to State Court* and states:

1.    Count V of Plaintiff's Second Amended Complaint [DE 21] ("**Complaint**"), is "42 USC 1981Claim for Impairment of Contract Rights Based Upon Race" ("**Count V**").

2.    Defendants filed a *Motion to Dismiss Second Amended Complaint and Incorporated Memorandum of Law* [DE 23] ("**Motion**") on March 1, 2016.

3.    Plaintiff gives notice it is dropping Count V.

4.    Having dropped Count V, Plaintiff respectfully requests the Court remand this case back to the state court from which it was removed. Remand is appropriate because there is no longer a basis for this Court to exercise jurisdiction over the solely state law claims alleged by Plaintiff in its Complaint.

Tina M. White *et al vs.* Southern Waste Systems, LLC *et al*
Case No. 9:15-CV-815622-KLR
*Plaintiff's Notice of Dropping Count V of the Second Amended Complaint
and Request for Remand to State Court*

## CERTIFICATE OF SERVICE

I CERTIFY a copy of the foregoing has been e-filed with the U.S. District Court for the Southern District of Florida via CM/ECF on <u>April 5th, 2016</u>. I further certify a copy of the foregoing was e-served via CM/ECF in accordance with the Court's *Notice List* on file for this matter, as reflected below.

<u>Electronic Mail Notice List</u>
- Andrew DeGraffenreidt, III, drewdy98@aol.com
- Brian Bradshaw Joslyn, bjoslyn@ciklinlubitz.com, swatts@ciklinlubitz.com
- Larry A. Strauss, strausslawfirm@comcast.net, larry@williegary.com, tmc@williegary.com

<u>Manual Notice List</u>
- No manual recipients

| | |
|---|---|
| LAW OFFICE OF ANDREW DEGRAFFENREIDT, III<br>Attorney for Plaintiff<br>319 Clematis Street, Suite 602<br>West Palm Beach, FL 33401<br>**Telephone**: (561) 596-6420<br>**E-mail**: adegraffenreidt@gmail.com<br><br>BY:  /s/ *Andrew DeGraffenreidt, III*<br>ANDREW DEGRAFFENREIDT, III<br>Fla. Bar No. 0218121 | LAW OFFICES OF GARY, WILLIAMS, PARENTI, WATSON & GARY, PLLC<br>Attorneys for Plaintiff<br>221 S.E. Osceola Street<br>Stuart, FL 34994<br>**Telephone**: (772) 283-8260<br>**Facsimile**: (772) 220-3343<br>**E-mail**: larry@williegary.com<br><br>BY: /s/ *Larry A. Strauss*<br>     LARRY A. STRAUSS, ESQ.<br>     Florida Bar No. 0654671<br>     VICTOR G. SWIFT, ESQ.<br>     Florida Bar No. 071048 |