UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.15-81562-CIV-RYSKAMP/HOPKINS

BRILLIANT MINDS STRATEGIES, INC.,

    Plaintiff,

vs.

SOUTHERN WASTE SYSTEMS, LLC, Florida
Limited Liability Corporation and ANTHONY
LOMANGINO and ANTHONY BADALA,
individually,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to Plaintiff's notice of dropping Count V of the second amended complaint, filed April 5, 2016 **[DE 29]**.  Count V, Plaintiff's only federal claim, is a 42 U.S.C. § 1981 race discrimination claim.  The remainder of Plaintiff's claims are state law claims, and the parties are not diverse.  Accordingly, Plaintiff requests that the Court remand this matter.  It is hereby

ORDERED AND ADJUDGED that the above-styled case is REMANDED to the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 6th day of April, 2016.

                        S/Kenneth L. Ryskamp
                        KENNETH L. RYSKAMP
                        UNITED STATES DISTRICT JUDGE